United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IVAN ALBERTO QUITO GUTIERREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-881 |
| | § | |
| WARDEN, PORT ISABEL DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## ORDER

In this habeas action, Petitioner Ivan Alberto Quito Gutierrez challenges his ongoing immigration detention, arguing that Respondents cannot detain him under 8 U.S.C. § 1225(b)(2)(A) without allowing him the opportunity to seek bond.

The Court issued an Order citing various decisions contrary to Petitioner's claims, ordering him to file, by September 3, 2026, a Statement explaining why the reasoning in those decisions did not apply. (*See* Order, Doc. 4) The Court notified Petitioner that if he did "not file the Statement, the Court will deny the Petition." (*Id.*) Petitioner filed no Statement.

As a result, it is:

**ORDERED** that Petitioner Ivan Alberto Quito Gutierrez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on October 1, 2026.

Fernando Rodriguez, Jr.
United States District Judge